COMPANY, INC., v. NATHAN SCHLYEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN POPPER v. GEORGE GUMMERMANN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MINNIE E. READ, as Executrix, etc., v. POSTAL TELEGRAPH-CABLE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM MANKOFF v. INTERNATIONAL AND GREAT NORTHERN RAILROAD COMPANY, Impleaded, etc. WILLIAM MANKOFF v. INTERNATIONAL AND GREAT NORTHERN RAILROAD COMPANY, Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SHAW AUTO SALES COMPANY, INC., v. ANDREW H. HOBARTH, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARK H. CASTEN, etc., v. "LOUIS" B. MEYERSON and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PANSY WAIST COMPANY, INC., v. PANSY DRESS COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on or before November 3, 1922. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

PANSY WAIST COMPANY, INC., v. PANSY DRESS COMPANY, INC.— Motion granted so far as to relieve appellant of stipulation and to extend appellant's time to serve and file papers on appeal on condition that said appeal be argued or submitted on the 3d day of November, 1922. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK v. MORRIS GOLDMAN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB RUPPERT REALTY CORPORATION v. JACOB A. CANTOR and Others.— Preference granted for November 14, 1922. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

In the Matter of JANE MONCRIEF, Deceased.— Preference granted for October 31, 1922. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PAUL MANKO.— Preference granted for October 31, 1922. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ANNIE R. HALE v. SIMON O. POLLOCK and Others.— Motion to vacate stay denied; motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Page, Greenbaum, and Finch, JJ.

HATTIE A. S. BORTEL v. SAMUEL BLANK.— Motion for stay pending appeal granted on condition stated in order. Present — Clarke, P, J., Dowling, Page, Greenbaum and Finch, JJ.

MAX WULFSOHN and Others, Doing Business under the Firm Name and Style of M. WULFSOHN & COMPANY, Appellants, v. RUSSIAN SOCIALIST FEDERATED